# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRACY HENRY AND ANGEL HENRY

VERSUS

BARBER BROTHERS CONTRACTING
COMPANY, L.L.C., TRAFFIC
SOLUTIONS, INC., LOUISIANA
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ABC
INSURANCE COMPANY AND XYZ
INSURANCE COMPANY

NO.   2025 CW 1165

DECEMBER 3, 2025

---

In Re:   MR Engineering & Surveying, LLC, applying for
supervisory writs, 23rd Judicial District Court, Parish
of Ascension, No. 133181.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DISMISSED.** Pursuant to correspondence from relator's
counsel advising that, since the filing of this writ application,
relator has been dismissed from the principal action by judgment
of the district court, and requesting that this writ application
be removed from the court's docket because its consideration is
now moot, this writ is dismissed.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT